## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ROBERT MILLER,

      Plaintiff,

v.                                        Case No. 8:19-cv-2945-T-KKM-CPT

BIKERSPOST, INC., et al.,

      Defendants.

_____/

### ORDER

This order follows the Court's review of the docket. The Case Management and Scheduling Order requires the parties to conduct mediation by January 21, 2021. (Doc. 21, p. 3). That Order also required Melissa A. Higbee (Lead Counsel) to inform the Court about the date selected for mediation twenty-one days after the Case Management and Scheduling Order entered on July 13, 2020, which was August 3, 2020. (*Id.*). That deadline passed, but Lead Counsel has not filed a notice informing the Court about the date selected for mediation.

Accordingly, the following is **ORDERED**:

1.      By **January 19, 2021**, Lead Counsel must file a notice that informs the Court about the date and time selected for mediation.

2.      The parties must follow all other deadlines imposed by the Case

1

Management and Scheduling Order.

**ORDERED** in Tampa, Florida, on January 14, 2021.

_____
Kathryn Kimball Mizelle
United States District Judge